UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM MASTON, JR., | : | Case No. 3:10-cv-104 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| MONTGOMERY COUNTY JAIL MEDICAL STAFF PERSONNEL, *et al.*, | : | |
| Defendants. | : | |

**ORDER AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE IN ITS ENTIRETY (DOC. 34); (2) GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOC. 27); (3) CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (4) TERMINATING THIS CASE**

This case is before the Court on the Report and Recommendations of United States Magistrate Judge Michael J. Newman, who recommends that the Court grant Defendants' Motion for Summary Judgment and certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith. (Doc. 34). Neither party filed objections to the Report and Recommendations and the time for doing so has expired. Accordingly, the issues are now ripe for determination by the Court.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court reviewed the comprehensive findings of the Magistrate Judge *de novo*. Upon considering *de novo* all issues addressed by the Magistrate Judge, the Court: (1) **ADOPTS** the Report and Recommendations in its entirety (Doc. 34); (2) **GRANTS** Defendants' Motion for Summary Judgment (Doc. 27); (3) **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Court's Order would not be taken in good faith; and (4) terminates this case.

**IT IS SO ORDERED.**

Date: 11/8/11

Timothy S. Black
United States District Judge