**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**WILLIAM MASTON, JR.,**

    Plaintiff,

                         **CASE NO.    3:11-CV-104**

**-vs-**

                        **District Judge Timothy S. Black**
                        **Magistrate Judge Michael J. Newman**

**MONTGOMERY COUNTY JAIL MEDICAL**
**STAFF PERSONNEL,** *et al.***,**

    Defendant.

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **ADOPTED** the Report and Recommendations of the Magistrate Judge in its entirety (Doc. 34); **GRANTING** the Defendant's Motion for Summary Judgment (Doc. 27); **CERTIFYING** that an appeal would not be taken in good faith; and **TERMINATED** this case.

Date:  November 8, 2011                      **JAMES BONINI, CLERK**

                                                    By: s/ M. Rogers
                                                    Deputy Clerk